# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

CONRAY CARROLL
ADC #110901                                                                                       PLAINTIFF

v.                                               4:21-cv-00494-LPR-JJV

DEXTER PAYNE, Director, ADC                                                                DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Lee P. Rudofsky.  Any party may serve and file written objections to this recommendation.  Objections should be specific and include the factual or legal basis for the objection.  If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection.  Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this recommendation.  Failure to file timely objections may result in a waiver of the right to appeal questions of fact.  Mail your objections to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

### DISPOSITION

Conray Carroll ("Plaintiff") is a prisoner in the Varner Unit of the Arkansas Division of Correction.  On June 7, 2021, he filed a *pro se* Complaint, pursuant to 42 U.S.C. § 1983, alleging Defendants violated his constitutional rights.  (Doc. 1.)  But, he did not pay the $402 filing fee or file an Application to Proceed *In Forma Pauperis* ("IFP Application").  On June 8, 2021, I determined it would be futile to direct Plaintiff to file an IFP Application because he is a three-

striker, as defined by 28 U.S.C. § 1915(g), who is not in imminent danger of serious physical injury. (Doc. 2.) For that reason, I ordered Plaintiff to pay the $402 filing fee in full within twenty-one (21) days and warned him I would recommend dismissal if he failed to timely do so. (*Id*.) The deadline has now passed, and Plaintiff has not paid the fee or otherwise responded to my Order.

Accordingly, Plaintiff's Complaint should be dismissed without prejudice. If Plaintiff wishes to proceed with this action, he must pay the $402 fee in full with his Objections to this Recommendation.

IT IS, THEREFORE, RECOMMENDED that:

1. Plaintiff's Complaint (Doc. 1) be DISMISSED without prejudice.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this Recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 6th day of July 2021.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE