# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CONRAY CARROLL**  **PLAINTIFF**
**ADC #110901**

v.  Case No. 4:21-cv-00494-LPR-JJV

**DEXTER PAYNE, Director, ADC**  **DEFENDANT**

## ORDER

The Court has received a Recommendation from United States Magistrate Judge Joe J. Volpe. The parties have not filed objections and the time to do so has expired. After a careful and *de novo* review of the Recommendation and the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Accordingly, Plaintiff's Complaint (Doc. 1) is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order is considered frivolous and not in good faith.

IT IS SO ORDERED this 27th day of July 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE