IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CONRAY CARROLL                                                                    PLAINTIFF
ADC #110901

v.                                        Case No. 4:21-cv-00494-LPR-JJV

DEXTER PAYNE, Director, ADC                                                  DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this date, it is considered, ordered. and

adjudged that this case is DISMISSED without prejudice.  The Court certifies pursuant to 28

U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from this Judgment is considered

frivolous and not in good faith.

IT IS SO ADJUDGED this 27th day of July 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE